IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROSE ADAMA DURU,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:14-CV-3653-L** |
| **DR. ROBERT SCHREINER,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

This case was referred for screening to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 7, 2014, recommending that the court deny Plaintiff's October 10, 2014 Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 5) and dismiss without prejudice the action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute or comply with a court order because Plaintiff failed to pay the requisite filing fee in accordance with the magistrate judge's October 15, 2014 order. No objections were filed to the Report.

Having reviewed the pleadings, file, record, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 5) and **dismisses without prejudice** this action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and comply with a court order.

**It is so ordered** this 3rd day of December, 2014.

_____
Sam A. Lindsay
United States District Judge